# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151998(63)

*In re* Estate of CLIFFMAN
_____

PHILLIP CARTER, ELMER CARTER, DAVID
CARTER, and DOUG CARTER,
      Appellants,

v

RICHARD D. PERSINGER, Personal
Representative of the Estate of GORDON JOHN
CLIFFMAN, BETTY WOODWYK, and
VIRGINIA WILSON,
      Appellees.
_____/

SC: 151998
COA: 321174
Allegan Probate Ct:
   13-058358-DE

     On order of the Chief Justice, the motion of appellants to file a one-page statement of supplemental authority is GRANTED. The supplemental authority submitted on May 11, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2016



Clerk